UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    DAUGHERTY, STEPHANIE K.    §    Case No. 11-30723
                                     §
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/15/2013 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/12/2012    By:    /s/Glenn R. Heyman
                                  Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: DAUGHERTY, STEPHANIE K. | § | Case No. 11-30723 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,554.71 |
| *and approved disbursements of* | $ 316.31 |
| *leaving a balance on hand of* [1] | $ 14,238.40 |

**Balance on hand:** $ 14,238.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,238.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,205.47 | 0.00 | 2,205.47 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,820.00 | 0.00 | 3,820.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 45.10 | 0.00 | 45.10 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 897.00 | 0.00 | 897.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,967.57 |
| Remaining balance: | $ 7,270.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,270.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,270.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,929.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 13,503.07 | 0.00 | 1,259.83 |
| 2 | Real Time Resolutions, Inc. | 50,496.94 | 0.00 | 4,711.36 |
| 3 -2 | PYOD LLC  assignee of Citibank NA | 13,929.69 | 0.00 | 1,299.64 |

Total to be paid for timely general unsecured claims: $ 7,270.83
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 11-30723-TAB
Stephanie K. Daugherty                                    Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster             Page 1 of 2          Date Rcvd: Nov 16, 2012
                               Form ID: pdf006             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2012.
db          +Stephanie K. Daugherty,    1322 S. Wabash #309,    Chicago, IL 60605-2508
17594570    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17594573    +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
17594574    +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
17594575    +City of Chicago,    The Dept. of Water Management,    P.O. Box 6330,   Chicago, IL 60680-6330
17594576    +City of Chicago,    The Dept. of Water Mngmt.,    P.O. Box 6330,   Chicago, IL 60680-6330
17594577    +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
17960629     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17594578    +GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,   Fort Washington, PA 19034-3204
17594579   #+Joyce Hillie,    6940 S. King Dr.,    Chicago, IL 60637-4614
17594580   #+Lorena Tisdale,    6940 S. King Dr.,    Chicago, IL 60637-4614
17594581   #+Lucille Williams,    6942 S. King Dr.,    Chicago, IL 60637-4614
17594582   #+Mary Ball,    911 W. 72nd St.,    Chicago, IL 60621-1631
17594583    +Ncb/cols,    Attn: Bankruptcy Department BR-YB58-01-7,    6750 Miller Road,
              Brecksville, OH 44141-3262
17594584   ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
              CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Center,     75 Remittance Dr.,   Dept. 1611,
              Chicago, IL 60675)
17594585    +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
17594586    +Trust Rec Sv,    541 Otis Bowen Dri,    Munster, IN 46321-4158
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18328639    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 17 2012 02:26:02
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
18060064     E-mail/Text: bkdepartment@rtresolutions.com Nov 17 2012 03:16:45    Real Time Resolutions, Inc.,
              1349 Empire Central Dr.,Ste#150,    P.O. Box 36655,   Dallas, Tx 75247
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17594571*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17594572*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: gbeemster              Page 2 of 2                  Date Rcvd: Nov 16, 2012
                               Form ID: pdf006              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2012 at the address(es) listed below:
          Dana N O'Brien   on behalf of Creditor  JPMorgan Chase Bank National Association
           dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
          Glenn R Heyman   on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
           slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman   gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Gloria C  Tsotsos   on behalf of Creditor  Wells Fargo Bank, NA as Indenture Trustee
           nd-three@il.cslegal.com
          Konstantine T. Sparagis   on behalf of Debtor Stephanie Daugherty gsparagi@yahoo.com,
           mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
           ester@msn.com;gus@bestclientinc.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                   TOTAL: 6