**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DAUGHERTY, STEPHANIE K.          §   Case No. 11-30723
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,040,288.00            Assets Exempt: $359,189.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,270.83      Claims Discharged
                                                 Without Payment: $91,560.49

Total Expenses of Administration: $7,283.88

---

   3)  Total gross receipts of $    14,554.71   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $14,554.71
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,193,066.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,283.88 | 7,283.88 | 7,283.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,901.62 | 77,929.70 | 77,929.70 | 7,270.83 |
| **TOTAL DISBURSEMENTS** | $1,213,967.62 | $85,213.58 | $85,213.58 | $14,554.71 |

4) This case was originally filed under Chapter 7 on July 27, 2011. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2013          By: /s/GLENN R. HEYMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole-life policy with Mass Mutual | 1129-000 | 14,554.49 |
| Interest Income | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | **$14,554.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 232,893.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servi | 4110-000 | 72,077.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 279,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 41,483.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 275,987.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 291,314.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,193,066.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 2,205.47 | 2,205.47 | 2,205.47 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,820.00 | 3,820.00 | 3,820.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 45.10 | 45.10 | 45.10 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 897.00 | 897.00 | 897.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.76 | 31.76 | 31.76 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.98 | 22.98 | 22.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.71 | 28.71 | 28.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.60 | 29.60 | 29.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.55 | 28.55 | 28.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.43 | 32.43 | 32.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.43 | 28.43 | 28.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.31 | 31.31 | 31.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.26 | 30.26 | 30.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.28 | 27.28 | 27.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,283.88 | $7,283.88 | $7,283.88 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 13,503.07 | 13,503.07 | 1,259.83 |
| 2 | Real Time Resolutions, Inc. | 7100-000 | N/A | 50,496.94 | 50,496.94 | 4,711.36 |
| 3 -2 | PYOD LLC  assignee of Citibank NA | 7100-000 | N/A | 13,929.69 | 13,929.69 | 1,299.64 |
| NOTFILED | Ncb/cols | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| NOTFILED | Trust Rec Sv | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Center | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Elan Financial Service | 7100-000 | 407.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 4,167.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | 15,845.62 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,901.62 | $77,929.70 | $77,929.70 | $7,270.83 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30723  
**Case Name:** DAUGHERTY, STEPHANIE K.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/27/11 (f)  
**§341(a) Meeting Date:** 08/24/11  

**Period Ending:** 02/05/13  

**Claims Bar Date:** 01/17/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence located at 1322 S. Wabash #309, Chicag  Orig. Asset Memo: Imported from original petition Doc# 1 | 213,600.00 | 0.00 | DA | 0.00 | FA |
| 2 | 6940 S. King Dr. Chicago  Orig. Asset Memo: Imported from original petition Doc# 1 | 125,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Real Estate located at 911 W. 72nd St. Chicago,  Orig. Asset Memo: Imported from original petition Doc# 1 | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Real Estate located at 25-27 E. 70th St. Chicago  Orig. Asset Memo: Imported from original petition Doc# 1 | 245,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash on Hand  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account Charter 1 Ending 8207  Orig. Asset Memo: Imported from original petition Doc# 1 | 415.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking Account with Charter1 Ending 0016  Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking Acct. with Northern Trust Ending 5531  Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Savings Acct. with Northern Trust 9750  Orig. Asset Memo: Imported from original petition Doc# 1 | 53.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous Household Goods  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Miscellaneous Collectibles  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Miscellaneous Clothing | 500.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30723  
**Case Name:** DAUGHERTY, STEPHANIE K.  

**Period Ending:** 02/05/13

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/27/11 (f)  
**§341(a) Meeting Date:** 08/24/11  
**Claims Bar Date:** 01/17/12

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Miscellaneous Costume Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term-life insurance through employer, no cash va<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Whole-life policy with Mass Mutual<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 13,123.00 | 13,123.00 |  | 14,554.49 | FA |
| 16 | 401(k) Plan with Employer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 274,505.00 | 0.00 | DA | 0.00 | FA |
| 17 | IRA with Morgan Stanly Smith Barney<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 62,784.00 | 0.00 | DA | 0.00 | FA |
| 18 | Integrity Real Estate, Inc. (12.25% shareholder)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | 911 W. 72nd St., Inc. (100% shareholder)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | SKD Enterprises, Inc. (100% shareholder)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | 6940-42 S. King Dr., Inc. (100% shareholder))<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | Back rent from Section 8<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 731.00 | 277.56 | DA | 0.00 | FA |
| 23 | Beneficiary of Mother's Real Estate Trust 1/3 In<br>Orig. Asset Memo: Imported from original petition | Unknown | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30723  
**Case Name:** DAUGHERTY, STEPHANIE K.  

**Period Ending:** 02/05/13

**Trustee:** (330360)  GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/27/11 (f)  
**§341(a) Meeting Date:** 08/24/11  
**Claims Bar Date:** 01/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 24 | 2001 Infinity I30 75k miles<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,600.00 | 1,821.44 | DA | 0.00 | FA |
| 25 | Dog<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.22 | FA |
| **26** | **Assets    Totals** (Excluding unknown values) | **$1,053,411.00** | **$15,222.00** |  | **$14,554.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: Cash surrender of insurance policy turned over.  Will check claims, and tax liability then close case.

07/23/2012: Debtor is beneficiary in a trust of her deceased aunt; investigate any value (dk)

**Initial Projected Date Of Final Report (TFR):**     February 28, 2013        **Current Projected Date Of Final Report (TFR):**     October 26, 2012  (Actual)

Printed: 02/05/2013 04:12 PM     V.13.11

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-30723  
**Case Name:** DAUGHERTY, STEPHANIE K.  
**Taxpayer ID #:** **-***6419  
**Period Ending:** 02/05/13

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****790065 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,238.40 | | 14,238.40 |
| 01/15/13 | 11002 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,205.47, Trustee Compensation; Reference: | 2100-000 | | 2,205.47 | 12,032.93 |
| 01/15/13 | 11003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,820.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,820.00 | 8,212.93 |
| 01/15/13 | 11004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $45.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 45.10 | 8,167.83 |
| 01/15/13 | 11005 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $897.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 897.00 | 7,270.83 |
| 01/15/13 | 11006 | FIA CARD SERVICES, N.A. | Dividend paid 9.32% on $13,503.07; Claim# 1; Filed: $13,503.07; Reference: | 7100-000 | | 1,259.83 | 6,011.00 |
| 01/15/13 | 11007 | Real Time Resolutions, Inc. | Dividend paid 9.32% on $50,496.94; Claim# 2; Filed: $50,496.94; Reference: | 7100-000 | | 4,711.36 | 1,299.64 |
| 01/15/13 | 11008 | PYOD LLC assignee of Citibank NA | Dividend paid 9.32% on $13,929.69; Claim# 3 -2; Filed: $13,929.69; Reference: | 7100-000 | | 1,299.64 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,238.40 | 14,238.40 | $0.00 |
| | | | Less: Bank Transfers | | 14,238.40 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,238.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14,238.40 | |

{} Asset reference(s)

Printed: 02/05/2013 04:12 PM  V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-30723 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | DAUGHERTY, STEPHANIE K. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******89-65 - Checking Account |
| Taxpayer ID #: | **-***6419 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/05/11 | {15} | MassMutual Financial Group | Proceeds from surrender of insurance policy | 1129-000 | 14,554.49 | | 14,554.49 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,554.59 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,529.59 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,529.71 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.76 | 14,497.95 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-30723, Blanket Bond Payment Bond#016026455 | 2300-000 | | 22.98 | 14,474.97 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.71 | 14,446.26 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.60 | 14,416.66 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.55 | 14,388.11 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.43 | 14,355.68 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.43 | 14,327.25 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.31 | 14,295.94 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.26 | 14,265.68 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.28 | 14,238.40 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 14,238.40 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 14,554.71 | 14,554.71 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 14,238.40 | |
| | | Subtotal | | 14,554.71 | 316.31 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $14,554.71 | $316.31 | |

| Net Receipts : | 14,554.71 |
|---|---|
| Net Estate : | $14,554.71 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****790065 | 0.00 | 14,238.40 | 0.00 |
| Checking # 9200-******89-65 | 14,554.71 | 316.31 | 0.00 |
| | $14,554.71 | $14,554.71 | $0.00 |

{} Asset reference(s)